No. 66488.—Stern & Stern Textiles, Inc. v. United States, protest 60/15709 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consist of point d'esprit net the same in all material respects as that the subject of E. C. Carter & Son, Inc. v. United States (38 Cust. Ct. 368, C.D. 1889), the claim of the plaintiff was sustained.

No. 66489.—Aris Gloves, Inc. v. United States, protest 60/27401 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

No. 66490.—French Velvets, Inc., et al. v. United States, protests 299276–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon pile ribbons similar in use to silk pile ribbons and following the principles set forth in United States v. Steinberg Bros. (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained as follows: (1) The items marked "A" at 25 percent under said paragraph 1206, as modified by T.D. 51802; and (2) the items marked "B" at 23½ percent under said paragraph, as modified by T.D. 54108.